1AO 450 (Rev. 5/85) Judgment in a Civil CASE

---

## UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

**ANNA ORTIZ,**

       **Plaintiff,**

       v.                               **08CV6001L**

**DONALD LASKER, JR.,**

       **Defendant,**

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** in favor of plaintiff against defendant Lasker. Plaintiff is awarded the sum of $250,000 for compensatory damages and $250,000 in punitive damages for a total award of $500,000.

September 2, 2010
Date

                                                            **MICHAEL J. ROEMER**
                                                            **Clerk Of Court**
                                                     **United States District Court**

                                                             s/Tricia M. O'Fray
                                                      (BY) TRICIA M. O' FRAY
                                                                Deputy Clerk